SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile:  (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff, JAMES LEE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LEE,<br>          Plaintiff,<br>    vs.<br><br>BLACK ANGUS STEAKHOUSES, LLC D/B/A BLACK ANGUS #1061; HUNTINGTON OAKS DELAWARE PARTNERS, LLC; DOES 1 to 10,<br>          Defendants. | Case No.: **2:20-cv-02369 DSF (SKx)**<br><br>**NOTICE OF SETTLEMENT OF ENTIRE CASE** |

    Notice is hereby given that Plaintiff James Lee ("Plaintiff") and Defendant have settled the above-captioned matter as to the entire case.  Parties requests that the Court grant thirty (30) days from the date of this filing for Plaintiff to file dispositional documents in order to afford Parties time to complete settlement.

DATED:  April 21, 2020                        SO. CAL EQUAL ACCESS GROUP


                                                                  */s/ Jason J. Kim*
                                                              JASON J. KIM
                                                              Attorney for Plaintiff